# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1137

_____

United States of America,   *
              *
    Appellee,     *
              *  Appeal from the United States
   v.        *  District Court for the
              *  Western District of Arkansas.
Jesus Trevino-Celaya, also known as *
Arturo Torres Medina,   *   [UNPUBLISHED]
              *
    Appellant.    *

_____

Submitted: May 31, 2002
Filed: June 5, 2002

_____

Before HANSEN, Chief Judge, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

   Jesus Trevino-Celaya appeals the sentence imposed by the district court[1] upon remand for resentencing, arguing that the court should have departed downward from the applicable Sentencing Guidelines range. Having thoroughly reviewed the record, we affirm the judgment. See U.S.S.G. §§ 5H1.6, 5K2.19; United States v. King, 280 F.3d 886, 889 (8th Cir. 2002); United States v. Maldonado, 242 F.3d 1, 4-5 (1st Cir. 2001).

_____

   [1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.